UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIGUEL ANGEL VALVERDE,
IVON VALVERDE,

        Debtors.

CASE NO. 11-37510-RAM
CHAPTER 13

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Plaintiff

v.

BANKUNITED,

        Defendant.

Adversary Case No. 11-03116-RAM

_____/

**JOINT STIPULATION FOR SETTLEMENT AND AGREED MOTION FOR RELIEF
FROM COURT ORDERED APPEARANCES AND DEADLINES**

Plaintiff, Federal National Mortgage Association, and Defendant, BankUnited, by and
through their undersigned counsel, hereby stipulate to the following:

1.      This is an action for declaratory relief under and pursuant to Chapter 86, Fla. Stat. and
28 USC §§ 2201 and 2202.

2.      The parties to this Stipulation have settled their differences amicably and wish to
confirm and advise the Court of the settlement of all matters pending between them.

3.      Within 15 days of this Stipulation, BankUnited has agreed that it will execute and
deliver to Plaintiff's counsel the original subordination agreement in recordable form in favor of
Plaintiff Federal National Mortgage Association, a copy of which is attached hereto as Exhibit "A."

4.      The parties have agreed and stipulate that each will bear its own attorney's fees and
costs and that they will make no further claims against the other arising from or pertaining to the

matters raised in this action.

5.      Upon receipt and recording of the executed subordination agreement, a Stipulation for Dismissal shall be filed with the Court, a copy of which is attached hereto as Exhibit "B".

6.      Based upon the settlement of the referenced claim, Plaintiff shall cancel the deposition of Defendant BankUnited which is presently set for March 16, 2012 at 10:00am.

7.      The parties request that the Court cancel the hearing scheduled on March 20, 2012 at 1:30 p.m. on BankUnited's Motion to Dismiss for Failure to State a Claim Under Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012.

8.      The parties also hereby move for an order relieving them of all future deadlines and requirements, including those concerning appearance at the pretrial conference and trial, contained in the Court's Order (1) Setting Briefing Schedule and Hearing on Motion to Dismiss (2) Granting Motion to Continue Pretrial, and (3) Denying as Moot Motion for Hearing Prior to March 1, 2012, which was entered on February 3, 2012.

9.      The parties request that the Court approve and ratify this Stipulation for Settlement and make it an order of the Court and that it retain jurisdiction to enforce the terms of same. The parties may also request that the Court enter such other orders as may be necessary to clear title and effectuate the intent of their settlement agreement.

Wherefore, Plaintiff Federal National Mortgage Association and Defendant BankUnited respectfully request that the Court ratify and approve this Stipulation for Settlement, that it enter an order granting their agreed motion for relief from further court appearances and deadlines and that the Court award such other and further relief as the Court deems proper.

DATED: March 14, 2012

S/Cynthia M. Ramos
Cynthia M. Ramos, Esq.
Florida Bar No. 958557
**SHAPIRO RAMOS, a professional association**
19 West Flagler Street, Suite 516
Miami, FL 33130
Tel.: (305) 374-0052 /Fax: (305) 374-7320
Email: cmr@shapiroramos.com
Counsel for Plaintiff

S/Anna Marie Hernandez, Esq.
Anna Marie Hernandez, Esq.
Florida Bar No. 502911
**BROAD AND CASSEL**
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel.: (305) 373-9400/Fax: (305) 995-6446
Email: ahernandez@broadandcassel.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the indicated method to the persons on the attached service list on this 14 day of March, 2012.

**BROAD AND CASSEL**
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel.: (305) 373-9400/Fax: (305) 995-6446
Counsel for Defendant BankUnited

By: S/Anna Marie Hernandez, Esq.
    Anna Marie Hernandez, Esq.
    Florida Bar No. 502911

## SERVICE LIST

**Via CM/ECF**:

Cynthia M. Ramos, Esq.
**SHAPIRO RAMOS, a professional association**
19 West Flagler Street, Suite 516
Miami, FL 33130
Tel.: (305) 374-0052 /Fax:  (305) 374-7320
Email: cmr@shapiroramos.com


**Via US Mail**

Robert Sanchez, Esq.
Attorney for Debtor(s)
900 West 49 Street, Suite 500
Hialeah, FL 33012

Jason A. Weber, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, FL 33324

Nancy Herkert, Trustee
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130

Brian L. Rosaler, Esq.
Popkin & Rosaler, P.A.
1701 West Hillsboro Blvd., Suite 400
Deerfield Beach, FL 33442

Miguel Angel Valverde
14551 SW 176 Terrace
Miami, FL 33177

Ivon Valverde
14551 SW 176 Terrace
Miami, FL 33177

# Exhibit A

This Instrument Prepared By:
Cynthia M. Ramos, Esq.
Shapiro Ramos, P.A.
19 West Flagler Street, Suite 516
Miami, Florida 33130

## SUBORDINATION AGREEMENT

WHEREAS, the undersigned is the owner and holder of that certain Mortgage dated November 27, 2007 and recorded on December 6, 2007 in Official Records Book 26090 at page 0228 of the public records of Miami Dade County, Florida executed by Miguel A. Valverde a/k/a Miguel Valverde and Ivon Valverde, husband and wife, in favor of BankUnited, FSB;

WHEREAS, the undersigned is the owner and holder of that certain Final Judgment dated September 28, 2011 and entered in the case styled BankUnited, Plaintiff v. Miguel A. Valverde, et al under case number 11-11752 CA 32 issued by the Circuit Court in and for the Eleventh Judicial Circuit in and for Miami Dade County, Florida, said Final Judgment being recorded in Official Records Book 27843 at page 706 of the public records of Miami Dade County, Florida (hereinafter "the Final Judgment");

WHEREAS, the above Mortgage and the Final Judgment encumber the following described property:

Lot 7, Block 2, Summerwind Subdivision, according to the plat thereof, as recorded in Plat Book 151 at page 39 of the public records of Miami Dade County, Florida

The property has a street address of 14551 SW 176 Terrace, Miami, FL 33177.

which property has been mortgaged by Miguel Angel and Ivon Valverde as husband and wife, to JP Morgan Chase, its successors and assigns (hereinafter called "the Chase Mortgage" regardless of the current holder) to secure a mortgage loan in the amount of $197,100 made on or about March 10, 2007 and recorded on March 20, 2007 in Official Records Book 7429 at Page 1907 of the Public Records of Pasco County, Florida;

WHEREAS, the Chase Mortgage was intended to be and should have been recorded in the public records of Miami Dade County, Florida but was recorded in the public records of Pasco County, Florida in error; and

WHEREAS, the Chase Mortgage is now held by Federal National Mortgage Association following that certain assignment of mortgage dated October 28, 2010 and recorded in Official Records Book 8462 at page 1140 also in the public records of Pasco County, Florida.

Page 1 of 2

WHEREAS, Federal National Mortgage Association and the undersigned agree that the Chase Mortgage currently held by Federal National Mortgage Association is a first lien, superior in right and dignity to the Mortgage and the Final Judgment held by the undersigned; and

NOW, THEREFORE, for and in consideration of One ($1.00) Dollar and other consideration in hand paid by or on behalf of Federal National Mortgage Association, the receipt and sufficiency of which are hereby acknowledged, the undersigned does hereby represent, warrant, covenant and agree as follows:

1.      That the Mortgage and Final Judgment held by the undersigned and described in the first and second paragraphs of the preamble of this agreement, are still owned by the undersigned and that said interests have not been assigned, transferred or pledged to any person whomsoever, so that the undersigned has full right and authority to execute this Subordination Agreement.

2.      That the Mortgage and Final Judgment described in the first and second paragraphs of the preamble of this Agreement are and for all times hereafter shall be inferior and subordinate in lien, right and dignity to the Chase Mortgage hereinabove described, just as though the Chase Mortgage had been recorded in the public records of Miami Dade County, Florida prior to the recording of the Mortgage and the Final Judgment held by the undersigned and herein subordinated.

3.      That this Subordination Agreement in no way is intended to waive or satisfy any and all claims held by the undersigned against Miguel Angel and Ivon Valverde arising under the Mortgage and or Final Judgment described above. All such claims remain in full force and effect.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand this _____ day of March, 2012.

BankUnited

By:_____

Print Name: _____

Its:_____

STATE OF FL)

                                    ss:

COUNTY OF MIAMI DADE )

The foregoing instrument was acknowledged before me this _____ day of March, 2012, by
_____, as _____ of BankUnited on behalf of said
entity, who is personally known to me or produced _____ as identification.

_____
Notary Public, State of FL

My Commission Expires:

Exhibit B

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIGUEL ANGEL VALVERDE,
IVON VALVERDE,

        Debtors.

CASE NO. 11-37510-RAM
CHAPTER 13

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Plaintiff

v.

BANKUNITED,

        Defendant.

Adversary Case No. 11-03116-RAM

_____/

**STIPULATION FOR DISMISSAL**

    Plaintiff, Federal National Mortgage Association, and Defendant, BankUnited, by and through their undersigned counsel, do hereby stipulate and agree that based on the parties' settlement of this matter, this action is hereby dismissed with each party to bear its own attorney's fees and costs.

DATED:  March _____, 2012

S/Cynthia M. Ramos
Cynthia M. Ramos, Esq.
Florida Bar No. 958557
**SHAPIRO RAMOS, a professional association**
19 West Flagler Street, Suite 516
Miami, FL 33130
Tel.: (305) 374-0052 /Fax: (305) 374-7320
Email: cmr@shapiroramos.com
Counsel for Plaintiff

S/Anna Marie Hernandez, Esq.
Anna Marie Hernandez, Esq.
Florida Bar No. 502911
**BROAD AND CASSEL**
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Tel.: (305) 373-9400/Fax: (305) 995-6446
Email: ahernandez@broadandcassel.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the indicated method to the persons on the attached service list on this _____ day of March, 2012.

**SHAPIRO RAMOS, a professional association**
Counsel for FNMA
19 West Flagler Street, Suite 516
Miami, FL 33130
Telephone: (305) 374-0052 /Fax:  (305) 374-7320
Email: cmr@shapiroramos.com

By: S/Cynthia M. Ramos
    CYNTHIA M. RAMOS
    Florida Bar No. 958557

## SERVICE LIST

**Via CM/ECF**:

Anna Marie Hernandez, Esq.
Broad and Cassel
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131
ahernandez@broadandcassel.com
Counsel for Defendant BankUnited

**Via US Mail**

Robert Sanchez, Esq.
Attorney for Debtor(s)
900 West 49 Street, Suite 500
Hialeah, FL 33012

Jason A. Weber, Esq.
Kahane & Associates, P.A.
8201 Peters Road, Suite 3000
Plantation, FL 33324

Nancy Herkert, Trustee
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130

Brian L. Rosaler, Esq.
Popkin & Rosaler, P.A.
1701 West Hillsboro Blvd., Suite 400
Deerfield Beach, FL 33442

Miguel Angel Valverde
14551 SW 176 Terrace
Miami, FL 33177

Ivon Valverde
14551 SW 176 Terrace
Miami, FL 33177